IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL C. BRADLEY, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:17-cv-01791 |
| VOX MEDIA, INC., | : |
| Defendant. | : |

## MOTION FOR ADMISSION OF ATTORNEY MARC L. GELMAN *PRO HAC VICE*

I, JUDITH SZNYTER, am a member in good standing of the bar of this Court. My bar number is 982325. Pursuant to Civil Local Rule 83.2(d), I am moving for the admission of MARC L. GELMAN to appear *pro hac vice* in the above-captioned action as counsel for Plaintiff Cheryl C. Bradley and the FLSA Class. This motion is supported by the Declaration of Marc L. Gelman, filed herewith. As set forth in Mr. Gelman's declaration, he is admitted and an active member in good standing with the following courts and bars: New Jersey and Pennsylvania. This motion is supported and signed by Judith Sznyter, an active and sponsoring member of the Bar of this Court.

Dated: September 29, 2017

Respectfully Submitted,

_____
Judith Sznyter (Bar No. 982325)
JENNINGS SIGMOND, P.C.
1835 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 351-0641
jsznyter@jslex.com
*Attorney for Plaintiff and the FLSA Class*