IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL C. BRADLEY, | : |
| Plaintiff, | : : |
| v. | : Civil Action No.: 1:17-cv-01791 |
| | : : |
| VOX MEDIA, INC., | : : |
| Defendant. | : : : |

### DECLARATION OF MARC L. GELMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Marc. L. Gelman declares:

1. I am not a member of the District of Columbia bar and do not maintain any law office in the District of Columbia. My office address and telephone number are as follows:

> Marc L. Gelman
> Jennings Sigmond, P.C.
> 1835 Market Street, Suite 2800
> Philadelphia, PA 19103
> Telephone: (215) 351-0623

2. I am a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Pennsylvania - 1996 | Eastern District of Pennsylvania - 2001 |
| New Jersey – 1996 | Western District of Pennsylvania – 2008 |
| | Middle District of Pennsylvania - 2016 |

3. During the twenty-four months immediately preceding this motion, I have been admitted *pro hac vice* in this Court zero (0) times.

4. I have never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understand I shall be subject to the disciplinary jurisdiction of this Court.

6. I understand admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

8. The $100.00 fee for admission *pro hac vice* has been paid electronically to the Court.

9. I hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

/s/ Marc L. Gelman

MARC L. GELMAN
JENNINGS SIGMOND, P.C.
1835 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 351-0623
mgelman@jslex.com

DATE: <u>September 29, 2017</u>