UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CHERYL C. BRADLEY**, *et al.*, | ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 17-1791 (RMC) |
| **VOX MEDIA, INC. d/b/a SB NATION,** | ) ) ) |  |
| Defendant. | ) ) |  |

**ORDER**

For the reasons stated in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Plaintiffs' Motion for Conditional Certification [Dkt. 17] is **GRANTED**; and it is

**FURTHER ORDERED** that a class of all current or former Site Managers and Managing Editors who performed work in the United States for Vox Media, Inc. in its SB Nation business division within the past three years is conditionally certified; and it is

**FURTHER ORDERED** that Defendant shall produce to Plaintiffs' Counsel the names, last known addresses, and email addresses of all potential members of the Class no later than March 27, 2019; and it is

**FURTHER ORDERED** that Plaintiffs' Counsel may send notice via physical and electronic mail, but may not send reminder notices.  Any electronic notices must be sent to a single potential class member and cannot include the contact information for any other potential class members.  Only one electronic notice can be sent to each potential class member.  The notice shall provide a 60-day opt-in period; and it is

**FURTHER ORDERED** that the parties shall meet and confer regarding the content of the notices.

Date: March 6, 2019

_____
ROSEMARY M. COLLYER
United States District Judge