IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL C. BRADLEY, *et al.*, for themselves and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VOX MEDIA, INC., d/b/a SB NATION, <br><br> Defendant. | Case No. 1:17-cv-01791 (RMC) |
| TAMRYN SPRUILL for herself and on behalf of all persons similarly situated <br><br> Plaintiff, <br><br> v. <br><br> VOX MEDIA, INC., d/b/a SB NATION, <br><br> Defendant. | Case No. 1:19-cv-00160 (RMC) |

**PLAINTIFFS' UNOPPOSED MOTION TO RELATE CASES AND RESET INITIAL PRE-TRIAL CONFERENCE**

Plaintiff Cheryl C. Bradley ("Bradley"), Plaintiff John M. Wakefield ("Wakefield"), Plaintiff Maija Liisa Varda ("Varda," together with Bradley and Wakefield, the "*Bradley* Plaintiffs") on behalf of themselves and all others similarly-situated move as follows:

1.  In *Bradley et al. v. Vox Media, Inc.*, No. 1:17-cv-01391 ("*Bradley*"), the *Bradley* Plaintiffs filed their Amended Collective Action Complaint on October 23, 2017 asserting

1

minimum wage and overtime claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"), *Bradley* ECF No. 16;

2. On the same date, the *Bradley* Plaintiffs also filed a Motion for Conditional Certification, *Bradley* ECF No. 17;

3. On January 25, 2019, *Spruill v. Vox Media, Inc.*, No. 4:18-cv-06807 (N.D.Cal.), was transferred to this Court, and assigned as Case No. 19-160 ("*Spruill*"), *Spruill* ECF No. 29;

4. On January 28, 2019, Vox filed a Notice of Related Case, indicating that *Spruill* and *Bradley* are related, *Spruill* ECF No. 31;

5. *Spruill* is a putative Class and Representative Action, involving several claims for unpaid minimum wages, overtime, and other associated penalties and damages under California Law;

6. On March 6, 2019, this Court conditionally certified the Collective Action in *Bradley*; ECF No. 37;

7. The Parties are presently conferring concerning the contents of opt-in plaintiff notices, as ordered by the Court;

8. Plaintiffs intend to issue notice as allowed by the Court shortly after receipt of putative opt-in plaintiff contact information, which is scheduled for March 27, 2019;

9. On March 7, 2019, this Court ordered an Initial Scheduling Conference to take place in *Bradley* on April 16, 2019, with the Parties to file a joint report no later than April 9, 2019; ECF No. 38;

10. The Parties anticipate substantial overlapping discovery in both the *Bradley* and *Spruill* matters and also anticipate additional conference(s) under Fed.R.Civ.P. 26(f) will be necessary to discuss complex discovery issues in both matters prior to filing any reports with the

Court;

11. Plaintiff therefore requests that the Court order: (1) the *Bradley* and *Spruill* matters be related; (2) the Initial Scheduling Conference in *Bradley* set for April 16, 2019 at 10:00 a.m. be vacated; (3) a Joint Initial Scheduling Conference be scheduled in the *Bradley* and *Spruill* matters; and (4) the Parties confer as to the schedule, scope and management of discovery in the *Bradley* and *Spruill* matters and submit a Joint Report reflecting the same, as further ordered in the attached proposed form of Order;

12. Attorneys from the Oakland, California based law firm Goldstein, Borgen, Dardarian & Ho ("GBDH") anticipate filing motions for *pro hac vice* admission in the *Bradley* matter as well;

13. Attorney David Borgen, Esq. of GBDH, will be present and available in the Washington, D.C. area for an Initial Scheduling Conference on May 8, 9 and 21, 2019;

14. Plaintiffs respectfully requests the Court set a Joint Initial Scheduling Conference on one of the above dates, or alternatively, if necessary, provide attorneys from GBDH an opportunity to arrange with Chambers for a telephonic appearance;

15. Pursuant to L. Civ. R. 7(m), on March 22, 2019, counsel for Plaintiffs conferred with counsel for Defendant to determine whether Defendant would stipulate to the relief sought in this Motion. Counsel for Defendant indicated their non-opposition to the relief sought in this Motion.

**WHEREFORE**, Plaintiffs respectfully request that this Court order the relief requested in the attached proposed Order.

Dated:   March 22, 2019                     Respectfully Submitted,

/s/ James E. Goodley

James E. Goodley (Bar No. PA0069)
jgoodley@jslex.com
Marc L. Gelman (PA 78857)*
mgelman@jslex.com
Maureen W. Marra (PA 309865)*
mmarra@jslex.com
Ryan P. McCarthy (PA 323125)*
rmccarthy@jslex.com
JENNINGS SIGMOND, P.C.
1835 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 351-0613

David Borgen (CA 099354)*
dborgen@gbdhlegal.com
Laura L. Ho (CA 173179)*
lho@gbdhlegal.com
Ginger Grimes (CA 307168)*
Ggrimes@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:     (510) 763-9800
Fax:    (510) 835-1417

*Attorneys for Plaintiffs*

*pro hac vice application to be filed*