IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL C. BRADLEY, *et al.*, for themselves and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOX MEDIA, INC., d/b/a SB Nation,<br><br>Defendant. | Case No.: 1:17-cv-01791 (RMC) |

## MOTION FOR ADMISSION OF ATTORNEY LAURA HO *PRO HAC VICE*

I, JAMES E. GOODLEY, am a member in good standing of the bar of this Court. My bar number is PA0069. Pursuant to Civil Local Rule 83.2(d), I am moving for the admission of LAURA HO to appear *pro hac vice* in the above-captioned action as counsel for Plaintiffs Cheryl C. Bradley, John M. Wakefield, and Maija Varda. This motion is supported by the Declaration of Laura Ho, filed herewith. As set forth in Ms. Ho's declaration, she is admitted and an active member in good standing with the California Bar and the following federal courts: U.S. Court of Appeal for the Eighth, Ninth and Tenth Circuits, and the U.S. District Court for the Northern and Central Districts of California. This motion is supported and signed by James E. Goodley, an active and sponsoring member of the Bar of this Court.

Dated: April 4, 2019

Respectfully Submitted,

/s/ James E. Goodley
James E. Goodley (Bar No. PA0069)
JENNINGS SIGMOND, P.C.
1835 Market Street, Suite 2800
Philadelphia, PA 19103
Tel: (215) 351-0613
jgoodley@jslex.com

*Attorney for Plaintiffs*

1

732663.2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL C. BRADLEY, *et al.*, for themselves and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOX MEDIA, INC., d/b/a SB Nation,<br><br>Defendant. | Case No.: 1:17-cv-01791 (RMC) |

## DECLARATION OF LAURA HO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Laura Ho declares:

1.  I am not a member of the District of Columbia bar and do not maintain any law office in the District of Columbia. My office address and telephone number are as follows:

    Laura Ho
    Goldstein, Borgen, Dardarian & Ho
    300 Lakeside Drive, Suite 1000
    Oakland, CA 94612
    Tel: (510) 763-9800

2.  I am a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Year of Admission | U.S. Court & Year of Admission |
|---|---|
| California - 1994 | Eighth Circuit Court of Appeal - 2016 |
| | Ninth Circuit Court of Appeal - 1995 |
| | Tenth Circuit Court of Appeal - 1997 |
| | Northern District of California – 1994 |
| | Central District of California - 1996 |

732663.2

3.  During the twenty-four months immediately preceding this motion, I have been admitted *pro hac vice* in this Court one (1) time in *Spruill v. Vox Media, Inc.*, No. 1:19-cv-00160-RMC.

4.  I have never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5.  I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understand I shall be subject to the disciplinary jurisdiction of this Court.

6.  I understand admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7.  The $100.00 fee for admission *pro hac vice* has been paid electronically to the Court.

8.  I hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

_____
LAURA HO
GOLDSTEIN, BORGEN,
  DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800
Fax: (510) 835-1417
Email: lho@gbdhlegal.com

DATE: April 4, 2019

3

732663.2