# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHERYL C. BRADLEY, individually and on behalf of all persons similarly situated,** | Civil Action No.: 1:17-cv-1791 |
| **Plaintiff,** | |
| v. | |
| **VOX MEDIA, INC., d/b/a SB NATION** | |
| **Defendant.** | |

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF CONSENT TO JOIN FORM

Plaintiffs hereby voluntarily withdraw the consent to join form of Christopher Jastrzembski, which was filed May 7, 2019. Defendant does not oppose the withdrawal.

Dated: January 31, 2020

*/s/ James E. Goodley*
James E. Goodley, Esq.
JENNINGS SIGMOND, P.C.
1835 Market Street, Suite 2800
Philadelphia, PA 19103
jgoodley@jslex.com
215-351-0613
fax 215-922-3524