**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| _____ ) | | |
| CHERYL C. BRADLEY, *et al.*, for themselves and on behalf of all persons similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 1:17-cv-01791 (CRC) |
| VOX MEDIA, INC., d/b/a SB NATION, | ) ) ) | |
| Defendant. _____ | ) ) ) | |
| _____ ) | | |
| TAMRYN SPRUILL, *et al*., for themselves and on behalf of all persons similarly situated | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:19-cv-00160 (CRC) |
| VOX MEDIA, INC., d/b/a SB NATION, | ) ) ) | |
| Defendant. _____ | ) ) ) | |
| _____ ) | | |
| PATRICK REDDINGTON for himself and on behalf of all persons similarly situated | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:20-cv-01793 (CRC) |
| VOX MEDIA, INC., d/b/a SB NATION, | ) ) ) | |
| Defendant. _____ | ) ) ) | |

**PLAINTIFFS' OMNIBUS UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

787017.3

Named Plaintiffs in the three related cases, *Bradley, et al. v. Vox Media, Inc.*, No. 17-1791 (Plaintiffs Cheryl C. Bradley, John M. Wakefield and Maija Liisa Varda of the "*Bradley* Action"), *Spruill, et al. v. Vox Media, Inc.*, No. 19-160 (Plaintiffs Tamryn Spruill and Jacob Sundstrom of the "*Spruill* Action") and *Reddington v. Vox Media, Inc.*, No. 20-1793 (Plaintiff Patrick Reddington of the "*Reddington* Action") hereby move for final approval of the Class Action Settlement reached between Plaintiffs and Defendant Vox Media, Inc.[1]  Plaintiffs respectfully move the Court, without opposition by Defendant, to grant the following relief:

1.      Finally approve the Settlement Agreement;

2.      Finally certify under the FLSA, 29 U.S.C. § 201 *et seq.*, for purposes of settlement, the following Class:

> All individuals who filed valid notices of consent to join the *Bradley* Action ("Opt-In Plaintiffs")—except for those individuals who later withdrew from this Action (the "FLSA Settlement Class")

3.      Finally certify under Fed. R. Civ. P. 23, for purposes of settlement, the following Settlement Classes:

> All current and former paid contributors to Vox Media, who were classified as independent contractors and performed work in California for any SB Nation team site from September 21, 2014 through August 5, 2020 (the "California Settlement Class");

> All current and former paid contributors to Vox Media, who were classified as independent contractors and performed work in New Jersey for any SB Nation team site from March 31, 2014 through August 5, 2020 (the "New Jersey Settlement Class" and collectively with the California Settlement Class, "Rule 23 Settlement Classes");

4.      Finally approve Plaintiffs Cheryl C. Bradley, John M. Wakefield and Maija Liisa Varda as representatives of the FLSA Settlement Class;

---

[1]      Vox Media, Inc. is now Vox Media, LLC.

5.      Finally approve Plaintiffs Tamryn Spruill and Jacob Sundstrom as representatives of the California Settlement Class;

6.      Finally approve Plaintiff Patrick Reddington as representative of the New Jersey Settlement Class;

7.      Finally approve service awards of $7,500 for each of Plaintiffs and service awards of $1,500 for each of Opt-In Plaintiffs who participated in depositions: Jacob Pavorsky, Mitchell Maurer, Charles "Doc" Harper, Stephen Schmidt, Brett Ballantini, and John Mitts.

8.      Finally approve Goldstein, Borgen, Dardarian & Ho ("GBDH") and Jennings Sigmond, P.C. ("JS") as Class Counsel for the FLSA Settlement Class and the Rule 23 Settlement Classes;

9.      Finally approve Class Counsel's attorneys' fees in the amount of $1,333,333.33 and costs in the amount of $145,344.63;

10.     Finally approve RG2 Claims Administration as Settlement Administrator;

11.     Finally approve the Settlement Administrator's costs of claims administration, in an amount not to exceed Fifty Thousand Dollars ($50,000.00);

12.     Finally approve the Settlement Class Notices, true and correct copies of which are attached as Exhibits 1 and 2 to the Settlement Agreement;

13.     Finally approve Washington Lawyers' Committee for Civil Rights and Urban Affairs and the Reporter's Committee for Freedom of the Press as equal-share *cy pres* recipients;

14.     Dismiss this action with prejudice, subject to the Court to maintaining jurisdiction over enforcement of the settlement.

Dated:   December 7, 2020                         Respectfully Submitted,

                                                 /s/ James E. Goodley
                                                 James E. Goodley (Bar No. PA0069)

3

787017.3

(Of Counsel)
james@goodleylaw.net
Marc L. Gelman (PA 78857)*
mgelman@jslex.com
Ryan P. McCarthy (PA 323125)*
rmccarthy@jslex.com
JENNINGS SIGMOND, P.C.
1835 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 394-0541
(215) 351-0623

David Borgen (CA 099354)*
dborgen@gbdhlegal.com
Laura L. Ho (CA 173179)*
lho@gbdhlegal.com
Ginger Grimes (CA 307168)*
Ggrimes@gbdhlegal.com
Mengfei Sun (CA 328829)*
Msun@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN &
HO
155 Grand Ave., Suite 900
Oakland, CA 94612-3534
Tel: (510) 763-9800
Fax: (510) 835-1417

*Admitted pro hac vice*

*Attorneys for Plaintiffs and the Classes*

4

787017.3